1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ERHAN KAYIK,                                No.  2:21-cv-1401 CKD P

12              Plaintiff,

13         v.                                     ORDER

14    E. SAUCEDO, et al.,

15              Defendants.

16

17         On October 20, 2022, the court issued findings and recommendations and gave plaintiff

18    14 days within which to file objections.  Before that time ran, this case was closed based upon

19    what appears to be a fraudulent notice of voluntary dismissal.  The case was recently reopened.

20    Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted 14 additional days

21    from the date of this order to file objections to the October 20, 2022 findings and

22    recommendations.

23    Dated:  December 20, 2022

24                                              _____
                                                CAROLYN K. DELANEY
25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28    1
      kavi1401.ext(5)