1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERHAN KAYIK, | No. 2:21-cv-1401 WBS CKD P |
| Plaintiff, | |
| v. | ORDER |
| E. SAUCEDO, et al., | |
| Defendants. | |

Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On June 28, 2024, plaintiff filed a document titled "Notice of Submission of Proposed Amended Complaint." The document is part supplement to his operative May 16, 2022, second amended complaint, part request for leave to amend, and part request to serve additional discovery requests.

The court does not permit supplemental pleadings and Local Rule 220 requires that an amended complaint be complete in itself without reference to any prior pleading. Plaintiff's explanation as to why he wishes to amend does not make sense and plaintiff did not submit a proposed third amended complaint. Plaintiff asks that he be permitted to serve 50 additional interrogatories because some of his initial interrogatories were submitted "in duplicate and in a compound manner." A valid reason to permit further discovery would be that plaintiff wishes to

follow-up after receiving initial responses or something similar. The reason provided by plaintiff is not a valid reason.

Accordingly, IT IS HEREBY ORDERED that the requests made in the document filed by plaintiff on June 28, 2024, are denied and, to the extent the document is presented as a supplemental pleading, it is stricken.

Dated: July 17, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
kayi1401.2ac

2