UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERHAN KAYIK,

        Plaintiff,

   v.

E. SAUCEDO, et al.,

        Defendants.

No. 2:21-cv-1401 WBS CKD P

ORDER

    Plaintiff, proceeding in forma pauperis, asks that the court order defendants to pay for and provide plaintiff with a copy of the transcript of plaintiff's deposition. The court does not have the authority to do this. If plaintiff seeks a transcript of his deposition, he should contact the appropriate court reporter.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion that the court order defendants to pay for and provide plaintiff with a copy of the transcript of his deposition (ECF No 48) is denied.

Dated: July 17, 2024

*[Signature]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
kayi1401.dep