UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERHAN KAYIK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. SAUCEDO, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-1401 WBS CKD P<br><br><br>ORDER |

　　　　On October 18, 2024, defendant Saucedo filed a motion for summary judgment.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the motion for summary judgment.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: November 26, 2024

　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
kayi1401.46osc